In the Matter of THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, against EDWARD J. FLYNN, as Secretary of State of the State of New York, Appellant.

(Argued September 29, 1931; decided October 13, 1931.)

*John J. Bennett, Jr., Attorney-General (Harold P. Burke* of counsel), for appellant.

*Frank A. McNamee, Jr.,* and *Robert E. Whalen* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ.  Not sitting: LEHMAN, J.